CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
for Roanoke
AUG 19 2008
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal Action No. 3:03-cr-00008-3 |
|---|---|---|
| | ) | (§ 2255 Civil Action No. 3:07-cv-80001) |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| GREGORY ANTONIO | ) | By: Hon. Norman K. Moon |
| BATES FELTON. | ) | United States District Judge |

\_\_\_\_\_In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that respondent's Motion to Dismiss (docket number 325) is **GRANTED**; petitioner's Motion for Summary Judgment (docket number 332) is **DENIED**; petitioner's Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C. § 2255 (docket number 291), is **DENIED**; and this case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send copies of this Order and accompanying Memorandum Opinion to petitioner and counsel of record for respondent.

ENTERED: This 19th day of August, 2008.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE