# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:03-cr-00008 |
| v. | ORDER |
| GREGORY ANTONI BATES FELTON, *Defendant.* | JUDGE NORMAN K. MOON |

Defendant Gregory Felton's motion for resentencing pursuant to the First Step Act, Dkts. 441, 451, is **GRANTED in part** in accordance with the memorandum opinion accompanying this Order. Felton's total term of imprisonment is hereby be **REDUCED** to 360 months, consisting of 40 months on Count One, 120 consecutive months on Count Four, and 200 consecutive months on Count Five. All other terms of the sentence not altered by this Order will remain in full force and effect

The Clerk of the Court is hereby directed to send this order to all counsel of record.

Entered this  23rd  day of February 2022.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE